AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DWIGHT B. FREEMAN,

    Petitioner,

v.

JAMES K. PERRY,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-106

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered February 7, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's objections are overruled, and his 28 U.S.C. § 2254 petition is dismissed without prejudice. Further, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 7, 2024



John E. Triplett, Clerk of Court
Clerk

_____ Jamie Hodge
(By) Deputy Clerk

GAS Rev 10/2020